**No. 62005.**—The Borregaard Co., Inc., and F. L. Kraemer & Co. v. United States, protests 309442–K and 293862–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of *R. J. Saunders & Co., Inc.* v. *United States* (37 Cust. Ct. 267, C. D. 1834), the collector was directed to reliquidate the entries, assessing duty upon the basis of the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pound or kilos, as set forth in the invoices.